# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERESA TOBIN, et al., : | |
|     Plaintiffs, : | |
| : | **CIVIL ACTION** |
| v. : | **No. 14-6247** |
| : | |
| ETHICON WOMEN'S HEALTH AND : | |
| UROLOGY, et al., : | |
|     Defendants. : | |

## **ORDER**

This 11th day of March 2020, it is hereby **ORDERED** that Defendants' Motion (ECF 19) is **GRANTED** in part and **DENIED** in part as follows:

1. The parties are restricted to the use of the experts designated by each side in the MDL and may not engage in any substitutions.

2. Plaintiffs may submit Tobin for a further medical examination by Dr. Fareesa G. Khan, M.D., after which Dr. Khan may update her report setting forth her findings.  Plaintiffs must serve any such updated report within **30 days** of this Order.

3. Plaintiffs may submit Dr. Khan's updated report to any expert to whom it is relevant, and such experts may supplement their reports only to the extent that their opinions are changed as a result of Dr. Khan's updated exam.  Plaintiffs must serve any such updated reports within **30 days** after the completion of any further exam by Dr. Khan.

4. Ethicon may, at its option, seek its own medical examination of Ms. Tobin, and if necessary, supplement its expert reports as set forth in paragraph 3 of this Order, subject to the same deadline for conducting the exam and production of any supplemental report.

5. All other deadlines set forth in the Case Scheduling Order (ECF 17) remain in effect.

    /s/ Gerald Austin McHugh
United States District Judge